# EXHIBIT 3

# EXHIBIT 5.30

## Claim Chart for Infringement of U.S. Patent No. 8,172,116 by the Mountain Buggy Juno™ Carrier

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Mountain Buggy Juno™ Carrier ("Juno") as an exemplary product. The Juno infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Juno is a carrier for transporting a child by a transporting individual.<br><br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>Mountain Buggy Juno™ Carrier</th></tr>
<tr><td></td><td></td><td></td></tr>
<tr><td>1[b]</td><td>a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1];</td><td>

<br><br>
See www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk.(black reference numerals and green lines in original).
<br><br>


<br><br>
See Exhibit 5.30.1 (product images)</td></tr>
</table>

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; | <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | "configurable to optionally support at least part of the [] thigh of the child":   *See* Exhibit 5.30.1 (product images)   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). "otherwise not support the [] thigh of the child": |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br>*See* Exhibit 5.30.1 (product images)<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, |   *See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. | <br>*See* Exhibit 5.30.1 (product images)<br><br>*See* Exhibit 5.30.1 (product images) |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; |   *See* Exhibit 5.30.1 (product images) |
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; |   *See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and | <br><br>*See* Exhibit 5.30.1 (product images)<br><br><br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | <br><br>*See* Exhibit 5.30.1 (product images)<br><br><br>*See* Exhibit 5.30.1 (product images) |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip [5-A2], or on the front [5-A3] of the transporting individual. | [5-A1]   "back carrying mode" <br><br> *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). <br><br> [5-A2]   "when using hip carrying mode" |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br>[5-A3]<br><br><br><br>"front face out"<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 6 | The carrier as recited in claim 5, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | [6-C1]  *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). [6-C2]   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Juno is a carrier for transporting a child by a transporting individual.<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; | <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).   *See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; |  <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br> <br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | "configurable to optionally support at least part of the [] thigh of the child":   *See* Exhibit 5.30.1 (product images)   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original).<br><br>"otherwise not support the [] thigh of the child": |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>Mountain Buggy Juno™ Carrier</th></tr>
<tr><td></td><td></td><td>

<br>See Exhibit 5.30.1 (product images)<br>


<br>See www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).</td></tr>
</table>

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, |   *See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
| --- | --- | --- |
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. |  <br>*See* Exhibit 5.30.1 (product images)<br> <br>*See* Exhibit 5.30.1 (product images) |
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | |
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br>*See* Exhibit 5.30.1 (product images) |
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; | <br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and | <br><br>*See* Exhibit 5.30.1 (product images)<br><br><br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. | <br>[9-A1] [11-D1] [9-C5] [11-C1]<br>*See* Exhibit 5.30.1 (product images)<br><br>[11-D1] [11-C1]<br>*See* Exhibit 5.30.1 (product images) |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip [14-A2], or on the front [14-A3] of the transporting individual. | [14-A1]   "back carrying mode" *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). [14-A2]   "when using hip carrying mode" |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br>**[14-A3]**<br><br><br>"front face out"<br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 15 | The carrier as recited in claim 14, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], |  *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>Mountain Buggy Juno™ Carrier</th></tr>
<tr><td>15[c]</td><td>and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2].</td><td>[15-C1]<br><br>See www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original).<br><br>[15-C2]<br><br><br>See www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).</td></tr>
</table>

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Juno is a carrier for transporting a child by a transporting individual.<br><br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; |  <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br> <br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; | <br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br><br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | "configurable to optionally support at least part of the [] thigh of the child":   *S*<br>*ee* Exhibit 5.30.1 (product images)   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original).<br><br>"otherwise not support the [] thigh of the child": |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br><br><br>*See* Exhibit 5.30.1 (product images)<br><br><br><br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, |   *See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], |   *See* Exhibit 5.30.1 (product images) |
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |   *See* Exhibit 5.30.1 (product images) |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  <br>*See* Exhibit 5.30.1 (product images)<br> <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. |   *See* Exhibit 5.30.1 (product images)   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; | <br>*See* Exhibit 5.30.1 (product images) |
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; | <br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and | <br>[18-C1] [20-C1] [18-C3]<br>*See* Exhibit 5.30.1 (product images)<br><br>[18-C3] [20-C1]<br>*See* Exhibit 5.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. |   *See* Exhibit 5.30.1 (product images)   *See* Exhibit 5.30.1 (product images) |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip [23-A2], or on the front [23-A3] of the transporting individual. | [23-A1]   "back carrying mode"<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br>[23-A2]   "when using hip carrying mode" |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br>[23-A3]<br><br><br>"front face out"<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 24 | The carrier as recited in claim 23, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
| --- | --- | --- |
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | [24-C1]  *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). <br><br> [24-C2]   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |






mountain buggy




juno
IMPORTANT INFORMATION
WARNING
FALL AND SUFFOCATION HAZARD
FALL HAZARD -
WARNING
FALL AND SUFFOCATION HAZARD
SUFFOCATION HAZARD -