# EXHIBIT 4

**EXHIBIT 6.30**

**Claim Chart for Infringement of U.S. Patent No. 8,424,732 by the Mountain Buggy Juno™ Carrier**

This chart describes infringement of U.S. Patent No. 8,424,732 patent ("the '732 patent") by the Mountain Buggy Juno™ Carrier ("Juno") as an exemplary product. The Juno infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondent's products infringe the '732 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 10 | A carrier for transporting a child by a transporting individual, comprising: | The Juno is a carrier for transporting a child by a transporting individual.   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 10[a] | a torso support part [10-A1] configured for supporting at least part of the torso of the child placed in the carrier; |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | |
| 10[b] | a seat support part [10-B1] coupled to the torso support part [10-A1] and configured to support the posterior of the child, wherein the seat support part [10-B1] comprises a left upper-leg-support part [10-B2] disposed on the left side of the seat support part and a right upper-leg-support part [10-B3] disposed on the right side of the seat support part; and |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 10[c] | a hip belt [10-C1] coupled to the seat support part [10-B1] and configured for securing about the hips of the transporting individual, |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br>*See* Exhibit 6.30.1 (product images) |
| 10[d] | wherein the left upper-leg-support part [10-B2] is configured for optionally coupling to the left side of the hip belt [10-D1], wherein the right upper-leg-support part [10-B3] is configured for optionally coupling to the right side of the hip belt [10-D2], | <br>*See* Exhibit 6.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br>*See* Exhibit 6.30.1 (product images) |
| 10[e] | wherein if the left upper-leg-support part [10-B2] is coupled to the left side of the hip belt [10-D1], the left upper-leg-support part [10-B2] is configured to support at least part of the left upper leg of the child [10-E1], otherwise the left upper-leg-support part [10-B2] does not substantially support the left upper leg of the child [10-E1], and | "configured to support . . .":<br><br>*See* Exhibit 6.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original).<br><br>"otherwise . . . does not substantially support . . .":<br><br><br>*See* Exhibit 6.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 10[f] | wherein if the right upper-leg-support part [10-B3] is coupled to the right side of the hip belt [10-D2], the right upper-leg-support part [10-B3] is configured to support at least part of the right upper leg of the child [10-F1], otherwise the right upper-leg-support part [10-B3] does not support the right upper leg of the child [10-F1]. | "configured to support . . .":   *See* Exhibit 6.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original).<br><br>"otherwise . . . does not support . . .":<br><br>*See* Exhibit 6.30.1 (product images) |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | |   *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (green lines in original). |
| 11 | The carrier as recited in claim 10, | *See* above analysis. |
| 11[a] | wherein the carrier is configurable to enable carrying the child in at least one of the following positions: on the back [11-A1], on the hip [11-A2], or on the front [11-A3] of the transporting individual. | [11-A1]   "back carrying mode" |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br>[11-A2]<br><br>"when using hip carrying mode"<br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | [11-A3]   "front face out" *See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 12 | The carrier as recited in claim 11, | *See* above analysis. |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| 12[a] | wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is configurable for carrying the child in at least one of the following orientations: facing toward the transporting individual [12-A1], facing sideways to the transporting individual [12-A2], or facing away from the transporting individual [12-A3]. | <br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original).<br><br><br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |

| Claim | Claim Text | Mountain Buggy Juno™ Carrier |
|---|---|---|
| | | <br>*See* www.mountainbuggy.com/us/Products/juno-carrier#.XF8FKZXruUk. (black reference numerals and green lines in original). |
| 14 | The carrier as recited in claim 10, | *See* above analysis. |
| 14[a] | wherein at least one of the upper-leg-support parts [10-B2 or 10-B3] is coupled to the hip belt [10-C1] by one or more fastening devices [14-A1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [14-A2] on that upper-leg-support part and the hip belt. | <br>*See* Exhibit 6.30.1 (product images) |


WARNING
WARNING




mountain buggy